UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JUDITH BERGER,

    Plaintiff,

v.

PHILIP MORRIS USA.,

    Defendant.

Case No.: 3:09-CV-14157

**JUDGEMENT ENTRY**

Pursuant to the jury's verdicts, rendered on September 12, 2014 (Doc. 92) and September 16, 2014 (Doc. 100), as the Court finds that there is no just reason for delay, it is **ORDERED AND ADJUDGED**:

**FINAL JUDGMENT** is hereby **ENTERED** in favor of plaintiff Judith Berger, and against defendant Philip Morris USA Inc., in the sum of $6,250,000.00 as compensatory damages and the sum of $20,760,000.14 as punitive damages, plus post judgment interest at the rate provided by 28 U.S.C. § 1961.

It is further **ORDERED AND ADJUDGED** that plaintiff Judith Berger shall be entitled to an award of costs as provided in 28 U.S.C. § 1920.

**DONE AND ORDERED** at Fort Myers, Florida on this 19th day of September, 2014.

/s/ James G. Carr
Sr. United States District Judge